# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| EMILY RILEY,<br><br>    Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>    Defendant. | No. 8:21-cv-00979-SCB-SPF |

## [PROPOSED] ORDER ON PLAINTIFF'S MOTION TO STAY

THIS CAUSE came before the Court on the date indicated below, and the Court having reviewed Plaintiff's Motion to Stay, Plaintiff's Memorandum of Law in Support of Motion to Stay, and the Declaration of Richard M. Elias in Support of Motion to Stay, and otherwise being duly advised on the premises, it is

**ORDERED AND ADJUDGED** that

1. Plaintiff's Motion to Stay is hereby **GRANTED**. All proceedings in this action are stayed until further order of this Court.

2. Plaintiff's motion to transfer this action is currently pending before the Judicial Panel on Multidistrict Litigation and it is currently scheduled to be hear on July 29, 2021. The parties shall promptly notify the Court of the JPML's ruling on Plaintiff's motion to transfer.

IT IS SO ORDERED.

_____
DISTRICT COURT JUDGE

Dated: _____, 2021